JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-00350-CAS-SH<br><br>**Order** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: <u>December 9, 2014</u>　　　　*Christina A. Snyder*

　　　　　　　　　　　HONORABLE CHRISTINA A. SNYDER
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal   Case: 2:14-CV-00350-CAS-SH